Appeals of New Jersey denied. *Mr. Jay Leo Rothschild* for petitioners. *Mr. Samuel Kaufman* for respondent.

No. 896. HARDEE, RECEIVER, *v.* MURPHY, ATTORNEY GENERAL. May 22, 1939. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. Swagar Sherley, Charles P. Wilson, H. B. Weaver, Jr., George B. Springston,* and *George P. Barse* for petitioner. *Solicitor General Jackson, Assistant Attorney General Whitaker,* and *Messrs. Paul A. Sweeney* and *Harry LeRoy Jones* for respondent.

No. 898. AMICK, TRUSTEE IN BANKRUPTCY, *v.* HOTZ, TRUSTEE. May 22, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Dupuy G. Warrick* and *Leland Hazard* for petitioner. No appearance for respondent.

No. 904. RICE, TRUSTEE IN BANKRUPTCY, *v.* SMITH ENGINEERING Co.; and

No. 905. SAME *v.* SMITH ENGINEERING Co. ET AL. May 22, 1939. Petition for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Adolphus E. Graupner* and *M. S. Gunn* for petitioner. *Messrs. Sterling M. Wood* and *Wallace Sheehan* for respondents. Reported below: 102 F. 2d 492.

No. 942. MIN-A-MAX Co., INC. *v.* SUNDHOLM. May 22, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Elwood Hansmann, Albin C. Ahlberg,* and *H. C. Shull* for petitioner. No appearance for respondent.